

# In the
# Court of Appeals
# Second Appellate District of Texas
# at Fort Worth

_____

No. 02-20-00230-CV

_____

MEG QAYUM, M.D., PA AND MARYAM QAYUM, Appellants

V.

FINANCIAL PACIFIC LEASING, INC., Appellee

On Appeal from County Court at Law No. 1
Tarrant County, Texas
Trial Court No. 2019-008912-1

Before Bassel, Womack, and Wallach, JJ.
Per Curiam Memorandum Opinion

**MEMORANDUM OPINION AND JUDGMENT**

On September 15, 2020, we notified Appellants Meg Qayum, M.D., P.A. and Maryam Qayum that the trial court clerk responsible for preparing the record in this appeal had informed us that Appellants had not arranged to pay for the clerk's record as the appellate rules require. *See* Tex. R. App. P. 35.3(a)(2). In our notice, we warned that we would dismiss the appeal for want of prosecution unless, within ten days, Appellants arranged to pay for the clerk's record and provided us with proof of payment. *See* Tex. R. App. P. 35.3(c), 37.3(b), 44.3.

Because Appellants have not made payment arrangements for the clerk's record, we now dismiss the appeal for want of prosecution. *See* Tex. R. App. P. 37.3(b), 42.3(b), 43.2(f).

Appellants must pay all costs of this appeal. *See* Tex. R. App. P. 43.4.

Per Curiam

Delivered: October 8, 2020

2